IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAWRENCE R. GAUKEL and ANNA SUE GAUKEL, husband and wife,<br><br>     Plaintiffs,<br><br>-vs-<br><br>IMPRIMIS PHARMACEUTICALS, INC., a Delaware corporation,<br><br>     Defendant. | CASE NO. 1:19-cv-00221-JZ<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation (Docket No. 9) entered into between the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the claims against Defendant in this matter are hereby dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED this 24th day of January, 2020.

/s/ Jack Zouhary
Jack Zouhary
U.S. District Judge

**ORDER FOR DISMISSAL WITH PREJUDICE - 1**